UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS YUEN, et al

VERSUS

STEVEN L. NEWMAN, et al

CIVIL ACTION

NO.: 10-1467

SECTION: A

## ORDER

In accordance with 28 U.S.C. § 455(a) and 455(b), the Court disqualifies itself from this matter.

Accordingly, **IT IS ORDERED** that the above captioned case be **RE-ALLOTTED** to another section of this Court.

New Orleans, Louisiana, this 27th day of May 2010.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

MAY 27 2010

REALLOTTED TO
SECT. R

___ Fee _____
___ Process _____
 x  Dktd _____
___ CtRmDep _____
___ Doc. No. _____