# EXHIBIT C

**DANICA PENSION A/S**
FIFO Losses in Transocean Ltd. (NYSE: RIG)
Class Period: 8/5/09 - 6/1/10
Retained Shares Valued at: $49.0767 (6/2/10 - 7/9/10)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 27,240 | | | Sale | 4/29/2010 | 1,100 | $81.52 | $89,670.02 |
| | | | | | Sale | 5/24/2010 | 7,300 | $58.36 | $426,020.70 |
| | | | | | Sale | 5/28/2010 | 18,840 | $57.26 | $1,078,708.69 |
| | | | | | Class period sales offsetting opening balance: | | 27,240 | | $1,594,399.41 |
| Purchase | 11/6/2009 | 3,233.00 | $85.40 | $276,098.20 | Sale | 5/28/2010 | 15,660 | $57.26 | $896,633.66 |
| Purchase | 12/18/2009 | 2,000.00 | $83.97 | $167,947.00 | Sale | 6/1/2010 | 75,600 | $51.45 | $3,889,370.52 |
| Purchase | 3/31/2010 | 79,500.00 | $85.62 | $6,806,559.45 | Retained | | 24,473 | $49.0767 | $1,201,054.08 |
| Purchase | 3/31/2010 | 3,500.00 | $86.38 | $302,330.00 | | | | | |
| Purchase | 4/7/2010 | 5,100.00 | $87.88 | $448,185.45 | | | | | |
| Purchase | 4/7/2010 | 22,400.00 | $87.95 | $1,970,019.52 | | | | | |
| | | 115,733 | | $9,971,139.62 | | | 115,733 | | $5,987,058.26 |
| | | | | | | | | FIFO LOSS | ($3,984,081.36) |

**DANICA PENSION A/S**
LIFO Losses in Transocean Ltd. (NYSE: RIG)
Class Period: 8/5/09 - 6/1/10

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 27,240 | | | Sale | 6/1/2010 | 2,767 | $51.4500 | $142,362.15 |
| | | | | | Class period sales offsetting opening balance: | | 2,767 | | $142,362.15 |
| Purchase | 11/6/2009 | 3,233.00 | $85.4000 | $276,098.20 | Sale | 4/29/2010 | 1,100 | $81.5182 | $89,670.02 |
| Purchase | 12/18/2009 | 2,000.00 | $83.9735 | $167,947.00 | Sale | 5/24/2010 | 7,300 | $58.3590 | $426,020.70 |
| Purchase | 3/31/2010 | 79,500.00 | $85.6171 | $6,806,559.45 | Sale | 5/28/2010 | 34,500 | $57.2563 | $1,975,342.35 |
| Purchase | 3/31/2010 | 3,500.00 | $86.3800 | $302,330.00 | Sale | 6/1/2010 | 72,833 | $51.4467 | $3,747,017.50 |
| Purchase | 4/7/2010 | 5,100.00 | $87.8795 | $448,185.45 | | | | | |
| Purchase | 4/7/2010 | 22,400.00 | $87.9473 | $1,970,019.52 | | | | | |
| | | 115,733 | | $9,971,139.62 | | | 115,733 | | $6,238,050.57 |
| | | | | | | | | LIFO LOSS | ($3,733,089.05) |