UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS YUEN and SUMNI AHN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 2:10-cv-01467-SSV-SS |
| | ) | CLASS ACTION |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TRANSOCEAN LTD., et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class members Thomas Yuen and Sumni Ahn ("Plaintiffs") filed a class action complaint on behalf of themselves and all others similarly situated against Transocean Ltd. and Steven L. Newman on May 13, 2010, captioned *Yuen, et al. v. Transocean Ltd. et al.*, Case No. 2:10-cv-01467-SSV-SS ("Complaint");

WHEREAS, two other actions alleging the same or similar facts, and premised on the same legal theories were filed in the United States District Court for the Southern District of New York, captioned *Foley v. Transocean Ltd. et al.*, Case No. 1:10-cv-05233-NRB (S.D.N.Y.) and *Johnson Investment Counsel, Inc. v. Transocean Ltd. et al.*, Case No. 1:10-cv-04515-NRB (S.D.N.Y.);

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss the Complaint without prejudice.

DATED:  September 3, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JONAH H. GOLDSTEIN
RYAN A. LLORENS


                                  s/ BRIAN O. O'MARA
_____
BRIAN O. O'MARA
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

- 1 -

BOOTH & BOOTH, APLC
VINCENT J. BOOTH (#18565)
138 North Cortez Street
New Orleans, Louisiana 70119
Telephone:  504-482-5292
Facsimile:   800-469-2185
Email:  vbooth@boothandbooth.com

[Proposed] Liaison Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 3, 2010, I authorized the electronic filing of the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

CM/ECF participants indicated on the attached Manual Notice List, and to:

Darren J. Check
Naumon A. Amjed
Barroway Topaz Kessler Meltzer & Check,
LLP
280 King of Prussia Road
Radnor, PA  19087

Jerrold S. Parker
Parker Waichman Alonso, LLP
6 Harbor Park Drive
Port Washington, NY 11050

Daniel E. Becnel, Jr.
Law Office of Daniel E. Becnel
P.O. Drawer H
Reserve, LA  70087

Stanley M. Chesley
James R. Cummins
W. B. Markovits
Waite, Schneider, Bayless & Chesley Co.,
L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH  45202

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on September 3, 2010.

s/ BRIAN O. O'MARA
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: bomara@rgrdlaw.com

# Mailing Information for a Case 2:10-cv-01467-SSV-SS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard J. Arsenault**
  rarsenault@nbalawfirm.com,rmonk@nbalawfirm.com

- **Vincent James Booth**
  vbooth@boothandbooth.com,ketty@boothandbooth.com

- **Leah Nunn Engelhardt**
  lne@preisroy.com,mcy@preisroy.com,vad@preisroy.com

- **Deborah R. Gross**
  debbie@bernardmgross.com

- **Jeffrey M. Hoffman**
  jhoffman@lshah.com,tnaumann@lshah.com

- **Mitchell J. Hoffman**
  Mhoffman@lshah.com,koufnac@lshah.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kerry J. Miller**
  kmiller@frilot.com,scavet@frilot.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Serena E. Pollack**
  spollack@lshah.com,ngray@lshah.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Patricia A. Gorham
Sutherland, Asbill & Brennan, LLP (Atlanta)
999 Peachtree St., N.E.
Atlanta, GA 30309-3996
```